# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE ) <br>    INSURANCE COMPANY ) <br>    as subrogee of ) <br>    KEBRASHA OGBURN ) <br> ) <br> Plaintiff ) <br> ) <br> VS. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant ) <br> _____ ) | CIVIL ACTION <br><br> FILE NO. |

## COMPLAINT FOR DAMAGES

**NOW COMES** State Farm Mutual Automobile Insurance Company as subrogee of Kebrasha Ogburn to make and file this Complaint against The United States of America and show this Honorable Court the following:

## PARTIES, JURISDICTION AND VENUE

1.

The Plaintiff is State Farm Mutual Automobile Insurance Company, a corporation registered with the Georgia Secretary of State to do business in the state of Georgia, who brings this claim for damages arising out of a motor vehicle collision which occurred on December 14, 2020.

2.

The Defendant is The United States of America. This is a Federal Tort Claim Act claim brought pursuant to 28 U.S.C. 2671 et. seq. The United States of America may be served with process upon the U.S. Attorney for the Northern District of Georgia, at 600 U.S. Courthouse, 75 Spring Street, N.W., Atlanta, Georgia 30303, and as otherwise provided by applicable law.

3.

This is a claim for damages involving a federal department, to wit: The United States Department of the Air Force (hereinafter "USAF").

4.

Prior to bringing this suit, this claim was brought before USAF with a settlement demand for money damages in a sum certain. The Federal Tort Claim Act claim referenced above was submitted to USAF on or about August 5, 2021.

5.

This claim arises out of a motor vehicle collision between a government vehicle (golf cart) being driven by USAF employee David William Green, who was acting in the course and scope of his employment, and Kebrasha Ogburn (Plaintiff's Insured). Said collision occurred "adjacent to Bldg 144-142" per the accident report, at Robins Air Force Base, Georgia, on December 20, 2020.

6.

USAF has failed to pay said claim and more than six (6) months have elapsed since the filing of this claim.

## FACTS

7.

On December 20, 2020, David William Green (hereinafter "Green") was employed by USAF and was acting within the scope of his employment.

8.

On the aforementioned date, Green was operating an USAF vehicle (golf cart) attempting to leave a parking lot. Green failed to yield the right of way to the oncoming vehicle driven by Plaintiff's Insured Kebrasha Ogburn. Green's negligence was negligence per se in violation of the Uniform Rules of the Road of the State of Georgia, specifically O.C.G.A. 40-6-73 (entering or crossing a roadway).

9.

As a direct and proximate cause of the negligence of USAF, acting by and through its agent employee David William Green, Plaintiff's Insured's vehicle was damaged.

10.

Plaintiff brings this action to recover damages in the amount of $3,164.80. Plaintiff State Farm Mutual Automobile Insurance Company has an equitable right of subrogation in the claim against Defendant as a result of making payment in the amount of $2,914.80 to or on behalf of Kebrasha Ogburn under a policy of

insurance. Kebrasha Ogburn additionally incurred expenses of $250 as her deductible.

WHEREFORE, Plaintiff respectfully prays that Defendant be served with process as required by law, that Plaintiff recover verdict and judgment against the Defendant in an amount as the Court shall determine to be appropriate based upon the evidence submitted at the time of trial and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted,
This 16th of August, 2022.

Ronald W. Parnell, P.C.

*[signature]*

Ronald W. Parnell
Georgia Bar No. 564450
Attorney for Plaintiff

Law Office of Ronald W. Parnell, PC
1630 Old Salem Road
P.O. Box 81085
Conyers, Georgia 30013
PH: (770) 929-8585
rwp@rwpsubro.com